# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

-FILED-
MAY 11 2023
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Scott, Laura Blevins, Blair
[You are the PLAINTIFF, print your full name on this line.]

v.

Warsaw Housing Authorities
Pam Kennedy

[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number 3:23-cv-400

[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | Pam Kennedy, Executive Director | 109 W. Catherine St, PO Box 387, Milford, IN 46542 |
| 2 | [Put the names of any other defendants in these boxes.] | |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __2__
2. What is your address? 307 Mineral Spring Ave Apt 1, Winona Lake IN 46590
3. What is your telephone number: (574) 376-9789
4. Have you ever sued anyone for these exact same claims?
   ☒ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

    **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

    **DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Caused a Retaliatory act by a Landlord 43D03-2304-EU-143

Misleading, Misguided of Hud policies.

Denial of finial Assitance.

Retalitory to Hud, Regional or District Director with a lie stating : Harrassment and to Senator Todd Young office.

Administration Event: failure to provide Denial letter. failure to provide Request to An Appeal to Indiana Housing Choice Voucher.

Misleading a landlord exspecting to receive Hud voucher, and as he's Retaliating against Me. I'm a Handicap in a wheelchair

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and Facts (continued)

Retalitorey Eviction acts by landlord
Civil Action 43D03-2304-EV-143
failure to pay landlord.
failure to Provide - Denial of letter
Aug 2022 - Dec 2022 Aproved Aug 2022.
failure to comply by Hud Dec 2022 apon
Approved Inspection.

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?

- ☒ No.
- ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?

Declatory Relief + or Injuction Relief,
Mehtal Anguish, Tort as deemed Appromaite
not succeed $100,000

FILING FEE – Are you paying the filing fee?

- ◯ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]
- ☒ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[Initial Each Statement]

_JS_ I will keep a copy of this complaint for my records.
_JS_ I will promptly notify the court of any change of address.
_JS_ I declare under penalty of perjury that the statements in this complaint are true.

Signature: [signed]                                  Date: 5/9/2023

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]