UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| SCOTT BLEVINS, et al., ) | |
| ) | |
| *Plaintiffs* ) | |
| ) | |
| v. ) | Cause No. 3:23-cv-400-RLM-MGG |
| ) | |
| WARSAW HOUSING ) | |
| AUTHORITIES, et al. ) | |
| ) | |
| *Defendants.* ) | |

ORDER

The court granted Mr. Blevins and Ms. Blair until June 7, 2023, to file an amended complaint and new motions to proceed *in forma pauperis*. [Doc. No. 3]. The court cautioned them that their case could be dismissed without further notice if they didn't respond by the deadline. *Id.* That deadline has passed with no response.

Accordingly, the court DISMISSES this case pursuant to 28 U.S.C. § 1915(e).

SO ORDERED

ENTERED:  June 14, 2023


/s/ Robert L. Miller, Jr.
Judge, United States District Court