AO 450 (Rev. 01/09)    Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Indiana

SCOTT BLEVINS
LAURA BLAIR
        Plaintiff(s)

                    v.                                Civil Action No. 3:23-cv-400

WARSAW HOUSING AUTHORITIES
PAM KENNEDY, *Executive Director*
        Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____
recover from the defendant *(name)* _____
the amount of _____ dollars ($____
), which includes prejudgment interest at the rate of _____%, plus post-judgment interest at the
rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*
_____ recover    costs    from    the
plaintiff *(name)* _____ .


**X** Other: _____This case is DISMISSED pursuant to 28 U.S.C. § 1915(e)._____

This action was *(check one):*

☐ tried to a jury with_____

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by__Judge Robert L. Miller, Jr_____

DATE:__6/14/2023_____          CHANDA J. BERTA, CLERK OF COURT

                                          by_____/s/ S. Kowalsky_____
                                                *Signature of Clerk or Deputy Clerk*